Loyce MEANS, Appellant,

v.

The STATE of Texas, Appellee.

No. 01–92–00040–CR.

Court of Appeals of Texas, Houston (1st Dist.).

Feb. 27, 1992.

Donald Davis, Houston, for appellant.

John B. Holmes, Houston, for appellee.

Before SAM BASS, COHEN and WILSON, JJ.

OPINION

PER CURIAM.

This is an appeal from an order denying the appellant's motion for recusal and disqualification of the trial judge in a criminal prosecution, after the appellant was granted a mistrial. The order complained of is interlocutory. We have no jurisdiction to review interlocutory orders except in narrow circumstances not present here. *See*

*Ex parte Robinson,* 641 S.W.2d 552, 555 (Tex.Crim.App. [Panel Op.] 1982) (pretrial appellate review of double jeopardy claims is constitutionally compelled). Therefore, this appeal is dismissed for lack of jurisdiction. *See Casias v. State,* 503 S.W.2d 262, 265 (Tex.Crim.App.1973); *Petty v. State,* 800 S.W.2d 582, 583 (Tex.App.—Tyler 1990, no pet.); Tex.R.App.P. 41(b)(1).